# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Jeong Hui Kim<br>　　　　Wan Su Kim<br>　　　　　　　Debtor(s) | | CHAPTER 13 |
| Toyota Lease Trust<br>　　　　　　　Movant<br>vs. | | NO. 17-15305 MDC |
| Jeong Hui Kim<br>Wan Su Kim<br>　　　　　　　Debtor(s)<br>Nicole S. Kim<br>　　　　　　　Co-Debtor | | 11 U.S.C. Section 362 and 1301 (c) |
| William C. Miller Esq.<br>　　　　　　　Trustee | | |

## ORDER TERMINATING AUTOMATIC STAY

The Court has considered the Motion for Relief from the Automatic Stay filed in this bankruptcy proceeding by Movant Toyota Lease Trust, reviewed the file herein and after hearing, is of the opinion that said Motion should be granted. It is therefore,

ORDERED, that the automatic stay is hereby terminated under 11 U.S.C. Sections 362 (d) and 1301 (if applicable) as to Movant to permit said creditor, its successors and/or assigns to take possession and sell, lease, and otherwise dispose of the 2016 Toyota RAV4, VIN: JTMBFREV0GJ100250 in a commercially reasonable manner. The stay provided by Bankruptcy Rule 4001(a)(3) been waived.

Signed this 15th day of October, 2019.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge.

cc: See attached service list

Jeong Hui Kim
885 North Easton Road
Apt. 3B8
Glenside, PA 19038

Wan Su Kim
885 North Easton Road
Apt. 3B8
Glenside, PA 19038

Nicole S. Kim
885 N Easton Road APT 3B8
Glenside, PA, 19038

Micheal A. Catalodo,
1500 Walnut Street Suite 900
Philadelphia, PA 19102

Michael A. Cibik, Esq.
1500 Walnut Street, Suite 900 (VIA ECF)
Philadelphia, PA 19102

William C. Miller Esq.
P.O. Box 1229
Philadelphia, PA 19105

KML Law Group, P.C.
Suite 5000 - BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532