United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Jeong Hui Kim  
Wan Su Kim  
    Debtors

Case No. 17-15305-mdc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2    User: Randi    Page 1 of 1    Date Rcvd: Oct 15, 2019  
    Form ID: pdf900    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 17, 2019.  
db/jdb    +Jeong Hui Kim,  Wan Su Kim,  885 N. Easton Road,  Apt. 3B8,  Glenside, PA 19038-5210  
    +Nicole S. Kim,  885 N. Easton Rd.,  Apt. 3B8,  Glenside, PA 19038-5210

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.    TOTAL: 0

    ***** BYPASSED RECIPIENTS *****  
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 17, 2019    Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 15, 2019 at the address(es) listed below:  
    LEONA MOGAVERO    on behalf of Creditor    KEB Hana Bank USA, National Association, f/k/a BNB Hana Bank, National Association, f/k/a BNB Bank National Association lmogavero@fsalaw.com, mprimavera@fsalaw.com  
    MICHAEL A. CATALDO2    on behalf of Debtor Jeong Hui Kim ecf@ccpclaw.com, igotnotices@ccpclaw.com  
    MICHAEL A. CIBIK2    on behalf of Debtor Jeong Hui Kim ecf@ccpclaw.com, igotnotices@ccpclaw.com  
    REBECCA ANN SOLARZ    on behalf of Creditor    Toyota Lease Trust bkgroup@kmllawgroup.com  
    United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
    WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com  
    TOTAL: 6

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Jeong Hui Kim<br>　　　　Wan Su Kim<br>　　　　　　　Debtor(s) | CHAPTER 13 |
| Toyota Lease Trust<br>　　　　　Movant<br>vs. | NO. 17-15305 MDC |
| Jeong Hui Kim<br>Wan Su Kim<br>　　　　　Debtor(s)<br>Nicole S. Kim<br>　　　　　Co-Debtor | 11 U.S.C. Section 362 and 1301 (c) |
| William C. Miller Esq.<br>　　　　　Trustee | |

## ORDER TERMINATING AUTOMATIC STAY

The Court has considered the Motion for Relief from the Automatic Stay filed in this bankruptcy proceeding by Movant Toyota Lease Trust, reviewed the file herein and after hearing, is of the opinion that said Motion should be granted. It is therefore,

ORDERED, that the automatic stay is hereby terminated under 11 U.S.C. Sections 362 (d) and 1301 (if applicable) as to Movant to permit said creditor, its successors and/or assigns to take possession and sell, lease, and otherwise dispose of the 2016 Toyota RAV4, VIN: JTMBFREV0GJ100250 in a commercially reasonable manner. The stay provided by Bankruptcy Rule 4001(a)(3) been waived.

Signed this 15th day of October, 2019.

　　　　　　　　　　　　　　　　　　　　　Magdeline D. C_____
　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge.

cc: See attached service list

Jeong Hui Kim
885 North Easton Road
Apt. 3B8
Glenside, PA 19038

Wan Su Kim
885 North Easton Road
Apt. 3B8
Glenside, PA 19038

Nicole S. Kim
885 N Easton Road APT 3B8
Glenside, PA, 19038

Micheal A. Catalodo,
1500 Walnut Street Suite 900
Philadelphia, PA 19102

Michael A. Cibik, Esq.
1500 Walnut Street, Suite 900 (VIA ECF)
Philadelphia, PA 19102

William C. Miller Esq.
P.O. Box 1229
Philadelphia, PA 19105

KML Law Group, P.C.
Suite 5000 - BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532