IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE                                                                          :Chapter 13

Jeong Hui Kim
Wan Su Kim

    (DEBTOR)                                              :Bankruptcy No. 17-15305MDC13

**P R A E C I P E**

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly amend address of above captioned client to:

    885 N. Easton Road
    Apt. 3B7
    Glenside, PA  19038

Date: September 13, 2022                                            BY: /s/ Michael A. Cibik
                                                                                     MICHAEL A. CIBIK, ESQUIRE
                                                                                      Cibik Law, P.C.
                                                                                      1500 Walnut Street, Suite 900
                                                                                      Philadelphia, PA  19102
                                                                                      215-735-1060/fax 215-735-6769