Certificate Number: 16339-PAE-DE-036833988

Bankruptcy Case Number: 17-15305



16339-PAE-DE-036833988

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on September 15, 2022, at 4:01 o'clock PM EDT, Jeong Kim completed a course on personal financial management given by internet by Second Bankruptcy Course, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   September 15, 2022

By:   /s/Kelley Tipton

Name:   Kelley Tipton

Title:   Certified Financial Counselor