Certificate Number: 16339-PAE-DE-036833988

Bankruptcy Case Number: 17-15305



16339-PAE-DE-036833988

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>September 15, 2022</u>, at <u>4:01</u> o'clock <u>PM EDT</u>, <u>Jeong Kim</u> completed a course on personal financial management given <u>by internet</u> by <u>Second Bankruptcy Course, LLC</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:  <u>September 15, 2022</u>        By:    <u>/s/Kelley Tipton</u>

                          Name:  <u>Kelley Tipton</u>

                          Title:   <u>Certified Financial Counselor</u>