Certificate Number: 16339-PAE-DE-036833990

Bankruptcy Case Number: 17-15305



16339-PAE-DE-036833990

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>September 15, 2022</u>, at <u>4:01</u> o'clock <u>PM EDT</u>, <u>Wan Kim</u> completed a course on personal financial management given <u>by internet</u> by <u>Second Bankruptcy Course, LLC</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:  September 15, 2022         By:   /s/Kelley Tipton

                                  Name: Kelley Tipton

                                  Title: Certified Financial Counselor