United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Jeong Hui Kim  
Wan Su Kim  
    Debtors

Case No. 17-15305-mdc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 3  
Date Rcvd: Oct 27, 2022      Form ID: 138OBJ      Total Noticed: 38

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 29, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Jeong Hui Kim, Wan Su Kim, 885 N. Easton Road, Apt. 3B7, Glenside, PA 19038-5210 |
| 13966238 | | Bok Ja Lee, 4347 Cottage Street, Philadelphia, PA 19135 |
| 13966239 | | Bong Soon Lee, 4347 Cottage Street, Philadelphia, PA 19135 |
| 13966249 | | Friedman Schuman, PC, 101 Freenwiid Avenue, 5th Floor, Jenkintown, PA 19046 |
| 13964943 | + | KEB Hana Bank USA, NA, c/o Leona Mogavero, Esq., Friedman Schuman P.C., 101 Greenwood Ave., 5th fl., Jenkintown, PA 19046-2636 |
| 13966251 | + | Keb Hana Bk Fka Bnb Ha, 309 Fifth Avenue, New York, NY 10016-6539 |
| 13966253 | | Myung Sik Lee, 4347 Cottage Street, Philadelphia, PA 19135 |
| 13966254 | | PA Dept. of Revenue, Bankruptcy Division, Bureau of Compliance, P.O. Box 280946, Harrisburg, PA 17120-0946 |
| 13966256 | + | PGW, Legal Dept. 4th Floor, 800 W. Montgomery Avenue, Philadelphia, PA 19122-2806 |
| 14030543 | + | PROVIDIAN, Williamson and Brown,LLC, 4691 Clifton Pkwy, Hamburg, NY 14075-3201 |
| 14392327 | + | Toyota Lease Trust, c/o Rebecca A. Solarz, Esq., KML Law Group, PC, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Oct 27 2022 23:54:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 27 2022 23:54:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 13966235 | + | Email/Text: bncnotifications@pheaa.org | Oct 27 2022 23:54:00 | Aes/nct, Attn: Bankruptcy, PO Box 2461, Harrisburg, PA 17105-2461 |
| 13966237 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Oct 27 2022 23:53:00 | Bank Of America, NC4-105-03-14, PO Box 26012, Greensboro, NC 27420-6012 |
| 14004607 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Oct 27 2022 23:54:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 13966244 | | Email/Text: megan.harper@phila.gov | Oct 27 2022 23:54:00 | City Of Philadelphia, Major Tax Unit/Bankruptcy Dept., 1401 JFK Blvd, Room 580, Philadelphia, PA 19102 |
| 13966245 | | Email/Text: megan.harper@phila.gov | Oct 27 2022 23:54:00 | City of Philadelphia, Bankruptcy Unit, 15th Floor, 1515 Arch Street, Philadelphia, PA 19102 |
| 13966240 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 27 2022 23:54:43 | Capital One, Attn: Bankruptcy, PO Box 30253, Salt Lake City, UT 84130-0253 |

Case 17-15305-mdc    Doc 92    Filed 10/29/22    Entered 10/30/22 00:30:20    Desc Imaged
                              Certificate of Notice    Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Oct 27, 2022 | Form ID: 138OBJ | Total Noticed: 38 |

| Recip ID | Bypass | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| 13966242 | + | Email/Text: ecf@ccpclaw.com | Oct 27 2022 23:53:00 | Cibik & Cataldo, P.C., 1500 Walnut Street, Suite 900, Philadelphia, PA 19102-3518 |
| 13966246 | + | Email/PDF: creditonebknotifications@resurgent.com | Oct 27 2022 23:54:39 | Credit One Bank Na, PO Box 98873, Las Vegas, NV 89193-8873 |
| 13966247 | ^ | MEBN | Oct 27 2022 23:48:02 | Equifax, P.O. Box 740241, Atlanta, GA 30374-0241 |
| 13966248 | ^ | MEBN | Oct 27 2022 23:48:08 | Experian, Profile Maintenance, P.O. Box 9558, Allen, Texas 75013-9558 |
| 13966250 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Oct 27 2022 23:54:00 | I.R.S., P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 13966241 | | Email/PDF: ais.chase.ebn@aisinfo.com | Oct 27 2022 23:54:49 | Chase Card, Attn: Correspondence Dept, PO Box 15298, Wilmington, DE 19850 |
| 13975387 | + | Email/Text: key_bankruptcy_ebnc@keybank.com | Oct 27 2022 23:54:00 | KeyBank N.A., 4910 Tiedeman Road, Brooklyn, OH 44144-2338 |
| 13966252 | + | Email/Text: key_bankruptcy_ebnc@keybank.com | Oct 27 2022 23:54:00 | Keybank NA, Key Bank; Attention: Recovery Payment Pr, 4910 Tiedeman Road (Routing Code: 08-01-, Brooklyn, OH 44144-2338 |
| 14013748 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 27 2022 23:54:39 | LVNV Funding, LLC its successors and assigns as, assignee of FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 13966257 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 27 2022 23:54:50 | Portfolio Recovery, PO box 41067, Norfolk, VA 23541 |
| 13996676 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 27 2022 23:54:45 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 13966255 | | Email/Text: bankruptcygroup@peco-energy.com | Oct 27 2022 23:54:00 | Peco Energy, 2301 Market Street # N 3-1, Legal Department, Philadelphia PA 19103-1338 |
| 13966258 | | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Oct 27 2022 23:54:00 | Toyota Mtr, Toyota Financial Services, PO Box 8026, Cedar Rapids, IA 52408 |
| 13966259 | | Email/Text: DASPUBREC@transunion.com | Oct 27 2022 23:53:00 | Trans Union Corporation, Public Records Department, 555 West Adams Street, Chicago, IL 60661 |
| 13975160 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Oct 27 2022 23:54:00 | Toyota Lease Trust, c/o Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 14457424 | | Email/PDF: bncnotices@becket-lee.com | Oct 27 2022 23:54:45 | Toyota Lease Trust, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14391291 | ^ | MEBN | Oct 27 2022 23:48:22 | Toyota Lease Trust, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14018275 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Oct 27 2022 23:54:00 | U.S. Bank National Association, Bankruptcy Department, PO Box 108, St. Louis MO 63166-0108 |
| 13966260 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Oct 27 2022 23:54:00 | US Bank/Rms CC, Card Member Services, PO Box 108, St Louis, MO 63166 |

TOTAL: 27

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 13966236 | | Aes/pnc Natl City |
| 13966243 | *+ | Cibik and Cataldo, P.C., 1500 Walnut Street, Suite 900, Philadelphia, PA 19102-3518 |

Case 17-15305-mdc    Doc 92    Filed 10/29/22    Entered 10/30/22 00:30:20    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Oct 27, 2022 | Form ID: 138OBJ | Total Noticed: 38 |

| 13996677 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14027923 | ##+ | PNC Bank, N.A., Boston Portfolio Advisors as Authorized, Agent for PNC Bank, N.A., 600 Corporate Drive, Suite 502, Fort Lauderdale, FL 33334-3662 |

TOTAL: 1 Undeliverable, 2 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 29, 2022            Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 27, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRIAN CRAIG NICHOLAS | on behalf of Creditor Toyota Lease Trust bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com |
| LEONA MOGAVERO | on behalf of Creditor KEB Hana Bank USA National Association, f/k/a BNB Hana Bank, National Association, f/k/a BNB Bank National Association lmogavero@fsalaw.com, mprimavera@fsalaw.com |
| MICHAEL A. CIBIK | on behalf of Joint Debtor Wan Su Kim mail@cibiklaw.com cibiklawpc@jubileebk.net |
| MICHAEL A. CIBIK | on behalf of Debtor Jeong Hui Kim mail@cibiklaw.com cibiklawpc@jubileebk.net |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 7

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

_____

In Re: Jeong Hui Kim and Wan Su Kim
       Debtor(s)                        Case No: 17−15305−mdc
                                            Chapter: 13

_____

### *NOTICE OF DEADLINE TO OBJECT TO DISCHARGE*

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

                    900 Market Street
                      Suite 400
                Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 10/27/22